UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY GARCIA, | ) | 1:06-CV-1725 OWW DLB HC |
| Petitioner, | ) | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK |
| v. | ) | Old case # 1:06-CV-1725 OWW DLB HC |
| EVANS, | ) | New case # 1:06-CV-1725 DLB HC |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L Beck, and

3. The new case number shall be

## 1:06-CV-1725-DLB-HC

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   May 26, 2007**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE